### 9523.   COLEMAN v. LAWSON.

LUKE, J.   The evidence in this case was conflicting, and it was error for the court to direct a verdict.   The jury, under appropriate instructions, should have been permitted to pass upon the issues.   *Wallace* v. *Mallary,* 117 *Ga.* 161 (43 S. E. 424).

*Judgment reversed.   Wade, C. J., and Jenkins, J., concur.*

DECIDED OCTOBER 16, 1918.

Trover; from Candler superior court—Judge Hardeman.   January 1, 1918.

*Kirkland & Kirkland,* for plaintiff in error.

*G. C. Bedgood, Arthur W. Jordan,* contra.